IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN R. BOUIE,

      Petitioner,                    No. CIV S-06-1082 GEB GGH P

   vs.

KRAMER, Warden,

      Respondent.               ORDER TO SHOW CAUSE

/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 8, 2006, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's September 8, 2006, motion to dismiss should not be granted.

DATED: 11/2/06

                                             /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

GGH:035 - boui1082.46

1