IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THURMAN R. BOUIE,

    Petitioner,           No. CIV S-06-1082 GEB GGH P

    vs.

MATTHEW KRAMAER, Warden,

    Respondent.        ORDER

_____/

        Petitioner has requested an extension of time to file his objections to the July 13, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 8, 2007 request for an extension of time is granted; and

        2. Petitioner shall file his objections to the July 13, 2007 findings and recommendations on or before September 4, 2007.

DATED: 8/14/07

                /s/ Gregory G. Hollows
                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:bb
boui1082.111