1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THURMAN R. BOUIE,

11              Petitioner,              No. CIV S-06-1082 GEB GGH P

12         vs.

13   MATTHEW KRAMAER, Warden,

14              Respondent.             ORDER

15   _____/

16              Petitioner has filed a second request an extension of time to file his objections to

17   the July 13, 2007, findings and recommendations, recommending denial of the petition.

18   Petitioner has previously been granted an extension of time to file objections until September 4,

19   2007, and seeks a further extension of thirty days.  The court will grant the second request, but no

20   further extension will be permitted.

21              Accordingly, IT IS HEREBY ORDERED that:

22              1.  Petitioner's August 17, 2007, second request for an extension of time is

23   granted; and

24              2.  Petitioner shall file his objections to the July 13, 2007, findings and

25   recommendations on or before October 4, 2007.

26

1         3.  There will be no further extension of time.

2    DATED: 8/27/07

3                                      /s/ Gregory G. Hollows

4                                      GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

5    GGH:009/bb
    boui1082.111(2)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26